# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CARL E. WILSON, JR.**                                                                 **PLAINTIFF**

**VS.**                                     **5:17CV00202-BRW-JTK**

**JEREMIAH THOMAS,** *et al.*                                                           **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants Thomas, Does, and W.C. "Dub" Brassell Adult Detention Center are DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 14th day of September, 2017.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE