**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CARL E. WILSON, JR.**                                                                      **PLAINTIFF**

**VS.**                                    **5:17CV00202-BRW-JTK**

**JEREMIAH THOMAS, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice.    The relief sought is denied.

IT IS SO ORDERED this 30th day of October, 2017.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

-